UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH TROY EASTON,<br><br>　　　　　　Defendant. | Case No. CR21-170 JCC<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　(1)　Defendant has been charged by indictment with Count 1: Conspiracy to Distribute Controlled Substances. Defendant is viewed as a risk of nonappearance based on his extensive history of failing to appear, conviction for attempting to elude, noncompliance while under supervision, committing new offenses while on probation, use of an alternative date of birth and social security number, lack of employment and substance abuse history. Defendant is viewed as

DETENTION ORDER - 1

a risk of danger based on the nature of the offense, repeated history of similar criminal conduct, substance abuse history, and his history of noncompliance and committing new crimes while under supervision.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of November, 2021.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2